**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Edward D. Chrystaline** | Social Security number or ITIN **xxx–xx–5411** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–24694–SLM**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward D. Chrystaline

11/4/16

**By the court:**   Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-24694-SLM
Edward D. Chrystaline                                                                           Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 04, 2016
                     Form ID: 318    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.
```
db          +Edward D. Chrystaline,   220 Belmont Ave,   Haledon, NJ 07508-1467
aty         +Laura Egerman,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave.,   Ste. 100,
              Boca Raton, FL 33487-2853
516452181   +DITECH FINANCIAL LLC,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,   6409 CONGRESS AVE., SUITE 100,
              BOCA RATON, FL 33487-2853
516316502   +Green Tree Servicing, LLC.,   c/o Phelan Hallinan Diamond & Jones,
              400 Fellowship Road, Suite 100,   Mount Laurel, NJ 08054-3437
516316503   +JP Morgan Chase Bank,   c/o KML Law Group, P.C.,   216 Haddon Ave, Ste 406,
              Westmont, NJ 08108-2812
516316504   +Receivable Solution Sp,   422 Main St,   Natchez, MS 39120-3464
516316508   +UMB Bank, National Assoc.,   c/o Phelan Hallinan Diamond & Jones,
              400 Fellowship Road, Suite 100,   Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 04 2016 23:07:52    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 04 2016 23:07:48    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516316505   +EDI: DRIV.COM Nov 04 2016 22:43:00    Santander Consumer USA,   Po Box 961245,
              Fort Worth, TX 76161-0244
516316506   +EDI: TDBANKNORTH.COM Nov 04 2016 22:43:00    Td Bank N.a.,   32 Chestnut St,
              Lewiston, ME 04240-7799
516316507   +EDI: TDBANKNORTH.COM Nov 04 2016 22:43:00    Td Banknorth,   Po Box 1190,
              Lewiston, ME 04243-1190
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         +Ditech Financial LLC,   Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave. Suite 100,
              Boca Raton, FL 33487-2853
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:
```
              Barbara Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Carl G Zoecklein   on behalf of Debtor Edward D. Chrystaline cgzesq@optonline.net,
               mcroy21@live.com
              Denise E. Carlon   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman   on behalf of Creditor   Ditech Financial LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              R. A. Lebron   on behalf of Creditor   BSI FINANCIAL SERVICES, as servicer for UMB BANK, NATIONAL
               ASSOCIATION ,NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE OF MART LEGAL
               TITLE TRUST 2015-NPL1 bankruptcy@feinsuch.com
                                                                                               TOTAL: 5
```