UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Edward D. Chrystaline,  
       Debtor(s).

Case No.: __16-24694-SLM__  
Chapter: __7__  
Judge: __Meisel__

### NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Stacey L. Meisel___ on ___12/20/16___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 220 Belmont Ave., Haledon, NJ.<br>Fair Market Value: $345,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by UMB Bank in the approximate amount of $380,192.50 |
|---|---|

| Amount of equity claimed as exempt: -0- |
|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee  
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.: 201-796-3100

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 16-24694-SLM
Edward D. Chrystaline                                               Chapter 7
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1         Date Rcvd: Nov 18, 2016
                             Form ID: pdf905          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db            +Edward D. Chrystaline,    220 Belmont Ave,    Haledon, NJ 07508-1467
aty           +Laura Egerman,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.,   Ste. 100,
                Boca Raton, FL 33487-2853
516452181     +DITECH FINANCIAL LLC.,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE., SUITE 100,
                BOCA RATON, FL 33487-2853
516316502     +Green Tree Servicing, LLC.,    c/o Phelan Hallinan Diamond & Jones,
                400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
516316503     +JP Morgan Chase Bank,    c/o KML Law Group, P.C.,    216 Haddon Ave, Ste 406,
                Westmont, NJ 08108-2812
516316504     +Receivable Solution Sp,    422 Main St,    Natchez, MS 39120-3464
516316505     +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516316508     +UMB Bank, National Assoc.,    c/o Phelan Hallinan Diamond & Jones,
                400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2016 02:27:08      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2016 02:27:04      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516316506     +E-mail/Text: bankruptcy@td.com Nov 19 2016 02:27:09      Td Bank N.a.,   32 Chestnut St,
                Lewiston, ME 04240-7799
516316507     +E-mail/Text: bankruptcy@td.com Nov 19 2016 02:27:09      Td Banknorth,   Po Box 1190,
                Lewiston, ME 04243-1190
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Ditech Financial LLC,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave. Suite 100,
                Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Carl G Zoecklein    on behalf of Debtor Edward D. Chrystaline cgzesq@optonline.net,
               mcroy21@live.com
              Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              R. A. Lebron    on behalf of Creditor   BSI FINANCIAL SERVICES, as servicer for UMB BANK, NATIONAL
               ASSOCIATION ,NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE OF MART LEGAL
               TITLE TRUST 2015-NPL1 bankruptcy@feinsuch.com
                                                                                               TOTAL: 6
```